393 A.2d 1273

Bryant, Appellant v. Marszolok.

 Argued April 13, 1978. C. William Berger, for appellant; Michael D. Berlin, for appellee.

Order affirmed.

HESTER, J., did not participate in the consideration or decision of this case.